AMORÓS HERMANOS v. CIVIDANES.

APPEAL from the District Court of Humacao.

No. 73.—Decided April 7, 1904.

REAL ESTATE—SUMMARY PROCEEDINGS TO RECOVER POSSESSION—PROPERTY RIGHTS.—In summary proceedings to recover the possession of real estate, no right of property in the thing in controversy is in issue, but only the question whether the person who claims the property was in possession of the same and has been deprived of its enjoyment or possession, in which

ha sido privado de su disfrute ó posesión, en cuyo caso habrá de reponérsele en tal disfrute ó posesión, si la reclamación se formulare antes de un año, desde que tuviera lugar el acto que la originara.

Id.—Terceros.—Las resoluciones que se dicten en los interdictos, no pueden perjudicar á tercero, y las reclamaciones de propiedad sobre la cosa, objeto de los mismos, deberán ventilarse en el juicio que corresponda con arreglo á derecho.

Id.—Pruebas.—En los interdictos de recobrar la posesión no puede estimarse prueba alguna que no verse sobre el disfrute ó posesión de la cosa objeto del interdicto.

Costas.—El pronunciamiento de costas debe hacerse sin especial condenación en los casos en que las pretensiones de las partes no prosperaren en absoluto.

### EXPOSICIÓN DEL CASO.

Vistos estos autos promovidos en la Corte de Distrito de Humacao entre partes, de la una, los Señores Amorós Hermanos, propietarios vecinos de Guayama, dirigidos y representados en esta Superioridad primero por el Letrado Don Miguel Zavaletas y después por el de igual clase Don Juan R. Ramos, y de la otra el Licenciado Don Manuel F. Rossy que representa y dirige á Don Manuel Cividanes, propietario y vecino también de Guayama, sobre interdicto de recobrar la posesión de unos callejones; autos pendientes ante Nos en virtud de recurso de casación hoy de apelación, interpuesto por Cividanes contra la sentencia pronunciada, que copiada á la letra dice así: ·

"En la ciudad de Humacao á los veinte y tres días del mes de Agosto del mil novecientos.—Vistos los autos seguidos por los Sres. Amorós Hermanos, dirigidos por el Letrado Don Miguel Zavaleta contra Don Manuel Cividanes sobre recobrar la posesión de unos callejones.

"*Resultando*: que en diez y ocho de Mayo del corriente año los Señores Amorós y Hermanos, dueños de la hacienda 'Reunión' sita en el barrio de Jobos, de la jurisdicción de Guayama, dedujeron demanda de interdicto de recobrar la posesión ante esta Corte de Justicia contra Don Manuel Cividanes, administrador y poseedor en nombre, de su esposa Doña Rufina Molinaris, de la hacienda 'Merced,' fundándola en haber mandado Cividanes á varios labradores de la hacienda 'Merced' á hacer surcos en el callejón de Don Lino que divide dichas

case he must be reinstated in such enjoyment or possession, provided the action be instituted before the expiration of one year from the commission of the act which gave rise thereto.

ID.—THIRD PERSONS.—Decisions rendered in summary proceedings to recover the possession of real estate cannot operate to the prejudice of third persons, and claims of property in the subject-matter of the action must be determined in the appropriate legal proceedings.

ID.—EVIDENCE.—In summary proceedings to recover the possession of property, evidence not related to the enjoyment or possession of the subject-matter of the action cannot be considered.

COSTS.—The decision with regard to costs should be rendered without special imposition in cases in which the claims of the parties are disallowed.

## STATEMENT OF THE CASE.

This is a summary proceeding to recover the possession of certain passages or lanes, instituted in the District Court of Humacao by Messrs. Amorós Hermanos, landowners and residents of Guayama, first represented in this court by Attorney Miguel Zavaleta and afterwards by Attorney Juan R. Ramos, against Manuel Cividanes, also a landowner and resident of Guayama, represented by Attorney Manuel F. Rossy. The case is pending before us on appeal in cassation, now ordinary appeal, taken by Cividanes from the judgment rendered, which reads as follows:

"In the city of Humacao, August 23, 1900. The proceedings to recover the possession of certain lanes instituted by Messrs. Amorós Hermanos, represented by Attorney Miguel Zavaleta, against Manuel Cividanes, came on to be heard.

"On May 18, 1900, Messrs. Amorós y Hermanos, the owners of the plantation 'Reunión,' situated in *barrio* 'Jobos,' municipal district of Guayama, instituted summary proceedings to recover the possession of property in this district court against Manuel Cividanes, the manager and possessor, in the name of his wife, Rufina Molinaris, of the plantation 'Merced,' basing the same on the ground that Cividanes had sent a number of the laborers of the 'Merced' plantation to dig holes in the lane known as Don Lino, which divides said plantations, and which lies on the east and connects with another lane on the north, which holes prevent the plaintiffs from utilizing said lane.

haciendas y el cual se halla al Saliente y empalma con otro al
Norte, cuyos surcos impide á los demandantes aprovechar dicho calle-
jón; y en veinte de Junio último interpusieron otra demanda los re-
feridos Señores contra el propio Señor Cividanes sobre interdicto de
recobrar la posesión de otro callejón que se halla frente á la pieza
llamada Jueyes y también veinte cuerdas formando codo con el calle-
jón llamado manfredo por la parte del mar y que se tiende hacia la
de levante unas noventa varas, fundando esta demanda en que en los
primeros días del citado mes de Junio los braceros de la hacienda
'Merced' de orden de Don Manuel Cividanes abrieron más de veinte
hoyos para empalizada en medio del callejón descrito y pusieron
estacones en trece de ellos, que si bien no pisaron impiden el paso de
carretas y el aprovechamiento de esta vía de comunicación y cultivo
y ofreciendo información testifical para justificar los hechos interesó
que se condenase á Cividanes á reponer en la posesión de los calle-
jónes á los demandantes y al pago de las costas, daños y perjuicios y
devolución de los frutos que llegare á percibir.

*Resultando*: que practicada la información testifical ofrecida,
declararon los testigos Don Arturo Cintrón, Natividad Cintrón, Gui-
llermo Morales, Rafael Gonzáles y Lucas Soto, ser ciertos los hechos
alegados en las demandas ya mencionàdas.

*Resultando*: que señalado dia para la celebración del juicio verbal,
el Letrado Don Manuel F. Rossy, á nombre de Don Manuel
Cividanes solicitó la acumulación de dichos dos interdictos, fundado en
el artículo 156 de la Ley Enjuiciamiento Civil y en los 161 y 162
de la propia ley, á cuya pretensión se allanó el demandante, por lo
que el Tribunal accedió á la acumulación pedida.

*Resultando*: que en el acto del juicio verbal el defensor de los
Señores Amoros Hermanos Señor Zavaleta reprodujo la petición con-
signada en sus escritos de demanda y el Letrado D. Manuel F. Rossy
impugnó la pretensión del actor á nombre del demandado Señor Civi-
danes, alegando que los callejones los poseen en común las haciendas
'Reunión' y 'Merced' y los han disfrutado ambas sin haber inte-
rrupción en la posesión y que en el mes de Mayo del corriente año
Don Antonio Esteva, como representante de los Señores Amorós
Hermanos y el demandado Don Manuel Cividanes celebraron un
convenio para dividirse los callejones en cuestión y que en efecto
se hizo la división por el Señor Cividanes de conformidad con lo
convenido, poniendo Cividanes en medio de los callejones algunos
estacones y haciendo en otros los hoyos necesarios para colocar la

On June 20, 1900, the said plaintiffs instituted another summary proceeding against said Cividanes to recover the possession of another lane, situated in front of the piece of land known as 'Jueyes,' and also for the recovery of twenty *cuerdas* joining at an angle with the lane known as Manfredo on the ocean side and tending toward the east for a distance of ninety yards, the complaint in said action being based upon the ground that in the first days of the said month of June the laborers of the 'Merced' plantation, by order of Manuel Cividanes, dug more than twenty holes for a fence in the middle of the lane described, and placed large stakes in thirteen of them, and that although all the stakes were not put in, these thirteen prevent the passage of carts and the use of this means of communication and cultivation. Having tendered the testimony of witnesses to establish these facts, they requested that Cividanes be adjudged to restore the possession of the lanes to the plaintiffs, and to the payment of the costs, losses and damages, and the return of the fruits which he may have received.

"Upon the proceeding for the taking of testimony, the witnesses Arturo Cintrón, Natividad Cintrón, Guillermo Morales, Rafael González and Lucas Soto testified that the facts alleged in the complaints in question were true.

"A date having been set for the holding of the oral trial, Attorney Manuel F. Rossy, on behalf of Manuel Cividanes, moved for the consolidation of both said summary proceedings, on the ground specified in article 156 of the Law of Civil Procedure and articles 161 and 162 of the same Law, to which claim the plaintiff assented, and thereupon the court ordered the requested consolidation.

"Upon the oral trial counsel for Amorós Hermanos, Mr. Zavaleta, renewed the petition set forth in his complaints, and Attorney Manuel F. Rossy, on behalf of the defendant, Cividanes, opposed the pretensions of the plaintiff, averring that the 'Reunión' and 'Merced' plantations hold the lanes in common, and that both plantations have enjoyed them without interruption in the possession; that in the month of May, 1900, Antonio Esteva, as the representative of Messrs. Amorós Hermanos, and the defendant, Manuel Cividanes, entered into an agreement to divide the lanes in controversy, and that the division was in fact made by Cividanes in pursuance of the agreement, Cividanes having placed some stakes in the middle of the lanes and having made in other lanes the holes necessary for erecting the fence to serve as a boundary line; and said counsel concluded by offering the evi-

empalizada que sirviera de linea divisoria y concluyó proponiendo prueba de testigos y de inspección ocular interesando la absolución del demandado con las costas á los demandantes.

' *Resultando*: que los testigos presentados por los Señores Amorós Hermanos, Don Arturo Cintrón, Don Lucas Colon, digo Soto, Don Natividad Cintrón, Don Marcelino Cintrón, Don Guillermo Morales, Don Sandalio Cintrón, Cornelio Gual, Antonio Rivera, José Ortíz, Eduardo Díaz, y Don José Sabater, declararon el primero que le constaba que los callejones objeto del interdicto están abiertos desde hace muchos años; que el de Don Lino está sembrado de caña en parte. que en la colindancia de Cividanes hay una zanja de reciente construcción y en la colindancia de Amorós existe otra zanja más antígua; que los callejones pertenecen á ambas fincas y que la cerca más corta que divide el callejón la fijó Cividanes. El segundo testigo Lucas Soto, expresó que le constaba que entre las haciendas "Reunión" y "Merced" existen unos callejones que se han utilizado por sus antíguos dueños y en la actualidad los disfrutan sus actuales poseedores; que en el callejón Manfredo en la actualidad existen unos estacones como para poner una empalizada y en el de Don Lino existe una empalizada que ha sido puesta por la hacienda "Merced"; que le consta que ese callejón pertenece á las haciendas "Merced" y "Reunión"y que las cercas que ha visto se encuentran en medio de los callejones. El testigo Natividad Cintrón depuso que conoce el callejón de la hacienda "Reunión" llamado Manfredo y también el llamado de Don Lino que siempre ha sido utilazados por la hacienda "Reunión"; que Amorós Hermanos han estado constantemente en posesión de dichos callejones; que el de Manfredo está sembrado de cañas y se halla cercado; que en el callejón de Don Lino existe una empalizada de estacones y alambre en medio del callejón, constándole que esa empalizada fué puesta de órden del Sr. Cividanes, pero ignora si esos callejones pertenecen á las haciendas "Reunión" y "Merced" y, que no sabe quien los utiliza: El testigo Maximino Cintrón manifiesta que sabe que los callejones Manfreo y Don Lino existen desde hace mucho tiempo, ignora quien los utiliza en la actualidad pero le consta que los utilizaban antes las haciendas "Reunión" y "Merced"; que el callejón de Don Lino se halla actualmente dividido por la mitad por una empalizada de alambre colocada en su centro por el que no pueden pasar carros y que el otro callejón está más estrecho de modo que por él no puede pasar un carro; ha visto once hoyos en mitad de uno de los callejones y once estacones clava

dence of witnesses and ocular inspection and requesting the dismissal of the action against the defendants, with costs against the plaintiffs.

"Of the witnesses produced by Messrs. Amorós Hermanos, namely, Arturo Cintrón, Lucas Soto, Natividad Cintrón, Marcelino Cintrón, Guillermo Morales, Sandalio Cintrón, Cornelio Gual, Antonio Rivera, José Ortiz, Eduardo Díaz and José Sabater, the first testified that he knew of his own knowledge that the lanes involved in the summary proceedings have been open for many years; that the whole of the Don Lino lane is planted to sugar-cane; that on the boundary line of Cividanes there is a ditch of recent construction, and that on the boundary of Amorós there is another and older ditch; that the lanes belong to both estates, and that the shortest fence dividing the lanes was erected by Cividanes. The second witness, Lucas Soto, stated that he knew of his own knowledge that between the 'Reunión' and 'Merced' plantations exist certain lanes which were utilized by their former owners and are at present enjoyed by their actual possessors; that in the Manfredo lane there are at present certain stakes which look as though they were placed there to build a fence; that there is a fence in the Don Lino lane which was placed there by the 'Merced' and 'Reunión' estates; and that the fences which he saw are in the middle of the lanes. The witness, Natividad Cintrón, testified that he knows the lane of the 'Reunión' plantation called Manfredo, and also the one known as Don Lino, which have always been utilized by the 'Reunión' plantation; that Amorós Hermanos have been constantly in possession of said lanes; that the Manfredo lane is planted to sugar-cane and is fenced in; that in the middle of the Don Lino lane there is a fence made of stakes and wire, and that he knows of his own knowledge that said fence was placed there by order of Cividanes, but he does not know whether said lanes belong to the 'Reunión' and 'Merced' plantations, and that he does not know who uses them. The witness, Maximino Cintrón, stated that he knows that the Manfredo and Don Lino lanes have existed for a long time; that he does not know who utilizes them at the present time, but he does know of his own knowledge that they were formerly used by the 'Reunión' and 'Merced' plantations; that the Don Lino lane is at present divided in half by a wire fence placed in the center and that wagons cannot pass through the same, and that the other lane is so narrow that a wagon cannot pass through; that he has seen eight holes in the middle of one or the other of the lanes and eight stakes stuck in the ground;

dos en tierra; que los hoyos y los estacones se hallan en mitad del callejón y que los dos callejones corresponden á las haciendas "Reunión" y "Merced". El testigo Guillermo Morales dijo que conoce el callejón de Don Lino desde hace cuarenta años, que en la actualidad no tiene la misma longitud y ancho que antes, que las haciendas "Reunión" y "Merced" lo han utilizado y lo utilizan, si bien hoy no pueden aprovecharlo sino en la mitad porque en el centro del mismo existe una empalizada; que los Señores Amorós Hermanos no pueden utilizar actualmente el callejón Manfredo porque está sembrada de cañas la parte que corresponde á la hacienda "Merced"; ignora quien lo ha sembrado de caña y tambien ignora quien puso la empalizada, pero le consta que Don Manuel Cividanes es el administrador de la hacienda "Merced" y supone que éste es quien ha sembrado la caña y ha puesto la empalizada, y agrega que esos callejones pertenecen á las haciendas "Reunion" y "Merced" y que éstas los han utilizado siempre. El testigo Sandalio Cintrón asevera que conoce el callejón de Don Lino que siempre lo ha utilizado la hacienda "Reunión" que asímismo conoce el callejón Manfredo" y sabe que también lo ha utilizado la hacienda "Reunión" y puede ésta utilizarlo actualmente; que ese callejón desde el mes de Mayo está más estrecho porque parte está sembrado de caña; que en el de Don Lino existen unos estacones y unos hoyos en medio, que lo divide en dos partes; que la caña ha sido sembrada por Cividanes y la cerca fué puesta por órden de éste; que sabe que entre Cividanes y Don Antonio Esteva, representante del Señor Amorós, hubo una cuestión ó discusión con motivo de haber alterado el primero los callejones de referencia; que esos callejones los utilizan ambas haciendas pero no sabe si pertenecen á los dos; que no no pudo enterarse del motivo de la discusión suscitada entre Esteva y Cividanes y que posteriormente no ha habido disgusto entre ellos y se siguieron los trabajos. El testigo Cornelio Gual dijo; que conoce el callejón Manfredo; que lo ha visto abierto mucho tiempo; que en la actualidad está más estrecho por la parte de la hacienda "Merced" por haberse colocado en su centro una empalizada; que en la actualidad no existe la empalizada; que en medio del callejón hay algunos hoyos preparados como para clavar estacones para una cerca ó empalizada; que así mismo conoce el callejón de Don Lino; que en él existe una empalizada mandada poner por Cividanes; que entre el representante de Amorós, Don Antonio Esteva y el Señor Cividanes hubo una discusión con motivo de esas empalizadas; que ambos callejones han

that the holes and stakes are located in the middle of the lane, and that the two lanes belong to the 'Reunión' and 'Merced' plantations. The witness Guillermo Morales stated that he has been familiar with the Don Lino lane for forty years; that at present it has not the same length and width as formerly; that both the 'Reunión' and 'Merced' estates have utilized it, and still utilize it, although at the present time they cannot take advantage of more than one-half of the same for the reason that there is a fence in the center thereof; that Messrs. Amorós Hermanos cannot at present utilize the Manfredo lane because the portion thereof belonging to the 'Merced' plantation is planted to sugar-cane; that he does not know who planted the cane, and he likewise does not know who erected the fence, but he does know of his own knowledge that Manuel Cividanes is the manager of the 'Merced' plantation, and he supposes that he was the one who planted the cane and set up the fence, the witness adding that these lanes belong to the 'Reunión' and 'Merced' plantations, and that they have always utilized them. The witness Sandalio Cintrón asserted that he is familiar with the Don Lino lane, and that it has always been used by the plantation 'Reunión;' that he also knows the Manfredo lane, and knows that it has been utilized by the plantation 'Reunión,' and it may be that it utilizes it at the present time; that since the month of May said lane has been narrower because part of it is planted to cane; that in the Don Lino lane there are some stakes and holes in the middle which divide it into two parts; that the cane was planted by Cividanes and the fence was set up by his order; that he knows that between Cividanes and Antonio Esteva, the representative of Mr. Amorós, there was some question or dispute owing to the fact that the former had altered the lanes in question; that said lanes are used by both plantations, but he does not know whether they belong to the two; that he could not ascertain the reason for the dispute which occurred between Esteva and Cividanes, and that subsequently there was no trouble between them and they went to their work. The witness Cornelio Gaul stated that he is familiar with the Manfredo lane; that he has seen it open for a long time; that at present it is narrower on the side of the 'Merced' plantation for the reason that a fence has been placed in the center; that at present the fence does not exist; that in the middle of the lane some holes have been dug as if to place some stakes therein for a fence or enclosure; that he likewise knows the Don Lino lane; that there is a fence thereon which was ordered to be placed there by Cividanes;

sido utilizados por las haciendas ''Reunión'' y ''Merced''; que los hoyos y las empalizadas se hallan en mitad de los callejones; que sabe que el representante de Amorós no estaba conforme con la siembra de cañas y le dijo á Cividanes que lo iba á denunciar al Juzgado. El testigo Don Antonio Rivera declaró: que le constaba que entre las haciendas ''Merced'' y ''Reunión'' existe un callejón llamado Manfredo, que lo conoce hace mucho tiempo, que lo han utilizado siempre en común los dueños de ambas haciendas, el cual se halla en la actualidad más reducido y no lo puede utilizar la hacienda 'Reunión' por haberse puesto una empalizada en su centro, cuya empalizada no existe hoy; que así mismo conoce, el callejón nombrado Don Lino, que lo utilizaban también los dueños de la hacienda ''Reunión'' y hoy no lo pueden éstos utilizar por haber en su centro una cerca de alambre, cuya cerca cree la ha mandado poner Don Manuel Cividanes; que sabe que Cividanes y el representante de Amorós Don Antonio Esteva tuvieron un disgusto con motivo de esos callejones; que ambos callejones los utilizaban las haciendas 'Reunión' y 'Merced' y pertencen de por mitad á los dueños de dichas haciendas; que los hoyos y estacones se hallan en medio de los referidos callejones y que el disgusto de Cividanes con Esteva ocurrió hace dos ó tres meses. El testigo José Ortíz expresó que entre las haciendas 'Merced' y 'Reunion' existe un callejón llamado Manfredo; que hace mucho tiempo que existe y lo han utilizando ambas haciendas; que ese callejón hace poco se redujo por haber puesto una cerca en medio del mismo; que conoce el callejón de Don Lino, el cual utilizaba la hacienda 'Reunion,' que la mitad de él está sembrado actualmente de caña y hay en él algunos hoyos hechos al parecer para poner una empalizada; que ignora quien ha hecho los hoyos; que sabe que Don Manuel Cividanes es administrador de la hacienda 'Merced;' que esos callejones los han utilizado siempre los dueños de las referidas haciendas, pero ignora á quien pertenecen y que le consta que los hoyos y estacones están en medio de los mismos. El testigo Don Eduardo Díaz manifestó que conoce el callejón de Don Lino el cual ha utilizado siempre la hacienda ''Reunión;'' que existe otro callejón llamado Manfredo, el cual no tiene el ancho que antes tenia porque ha sido sembrado de cañas por la hacienda ''Merced;'' que no ha visto hoyos ni estacones en ese callejón, pero en la actualidad no pueden pasar carretas por él; que no sabe quien ha obstaculizado el tránsito y que los hoyos y la empalizada están á un lado de la parte de la del Señor Ramos; y el testigo Don José Sabater Rivera

that between the representative of Amorós, Antonio Esteva, and Cividanes there was a dispute in connection with said fences; that both lanes have been used by the 'Reunión' and 'Merced' plantations; that the holes and the fences are located in the middle of the lanes; and that he knows that the representative of Amorós was opposed to the planting of cane and told Cividanes that he was going to file a complaint against him in court. The witness Antonio Rivera testified that he knew of his own knowledge that between the 'Merced' and 'Reunión' estates there is a lane called Manfredo; that he has been familiar with it for a long time; that the owners of both estates have used it in common; that at present it is more reduced in size, and the plantation 'Reunión' cannot use it for the reason that a fence has been set up in the center, which fence does not now exist; that he also knows the lane called Don Lino, which was likewise used by the owners of the estate 'Reunión,' and that they cannot now use it for the reason that in the center thereof there is a wire fence, which fence he believes was ordered to be put up by Manuel Cividanes; that he knows that Cividanes and the representative of Amorós, Antonio Esteva, had some trouble on account of these lanes; that both lanes were used by the 'Reunión' and 'Merced' plantations, and belong by moieties to the owners of said plantations; that the holes and stakes are located in the middle of said lanes, and that the trouble between Cividanes and Esteva occurred two or three months ago. The witness José Ortiz stated that between the plantations 'Merced' and 'Reunión' there is a lane called Manfredo; that it has existed for a long time and has been used by both plantations; that a short time ago said lane was reduced in size by the placing thereon of a fence in the middle of the same; that he is familiar with the Don Lino lane, which was used by the plantation 'Reunión;' that one-half thereof is at the present time planted to cane, and there are several holes thereon as if to set up a fence; that he does not know who made the holes; that he knows that Manuel Cividanes is the manager of the 'Merced' estate; that these lanes have always been used by the owners of said plantations, but he does not know to whom they belong, and that he knows of his own knowledge that the holes and stakes are in the middle of the same. The witness Eduardo Díaz stated that he is familiar with the Don Lino lane, which has always been used by the plantation 'Reunión;' that there is another lane called Manfredo, which is not as wide as it formerly was for the reason that it has been planted

depuso que fué condueño de la hacienda "Merced;" que en dicha hacienda habían dos callejones llamados Manfredo uno y el otro Don Lino los cuales fueron abiertos por su padre el declarante en el año de mil ochocientos ochenta y seis, digo, mil ochocientos setenta y cuatro los encontró abiertos, y en el mil ochocientos ochenta y seis que se enagenó la finca quedaron en el mismo estado; que la hacienda "Reunión" continuó aprovechándolos; que hace seis ú ocho años que no vá por allí y no puede asegurar si la hacienda "Reunion" puede utilizar dichos callejones; que estos sirven de colindancia á ambas haciendas, y que la mitad de un callejón es de una hacienda y la otra mitad es de la otra, y que mientras fué condueño de la hacienda "Merced" utilizaban esos callejones ambas haciendas.

*Resultando:* que los testigos Francisco Santer, Gregorio Rivera, Emilio Sabater y Francisco Sabater presentados por el demandado, declararon el primero que ha trabajado en las haciendas "Reunión" y "Merced" y conoce los callejones nombrados Manfredo y Don Lino; que la hacienda "Reunion" no utilizaba el callejón de Don Lino y sacaba sus frutos por el callejón del centro; que en el de Don Lino hay una empalizada y en el de Manfredo no hay hoyos; que presenció una conversación habida entre Cividanes y Esteva referente á dividir los callejones, lo que hicieron en el mes de Mayo; que después de eso Don Manuel Cividanes sembró la caña sin haberse opuesto á ello los dueños de la hacienda "Reunión." El testigo Gregorio Rivera afirma que ha trabajo en las haciendas "Reunión" y "Merced" y conoce los callejones Manfredo y Don Lino; que estos los han utilizado ambas haciendas para el carreteo; que le constaba que Don Manuel Cividanes y Don Antonio Esteva convinieron cercar los callejones y que la cerca se obligó á ponerla por su cuenta Cividanes, y que el convenio se celebró en primero de Marzo ó de Abril en la pieza de cañas llamada de los Jueyes. El testigo Emilio Sabater dijo que conoce los callejones Manfredo y Don Lino que hoy están divididos; que esa división se hizo por Amorós y que cada litigante tiene su parte; que presenció un convenio entre Cividanes y Don Antonio Esteva por el cual Cividanes quedó de cercar los callejones para dividirlos por su cuenta, y que la cerca la hizo Santer, y está hecha en medio de los callejones dividiendo á ambas por mitad.

to sugar-cane by the plantation 'Merced;' that he has not seen holes or stakes in said lane, but at the present time carts are unable to pass through it; that he does not know who has obstructed the traffic, and that the holes and fence are at the side of the fence of Mr. Ramos. The witness José Sabater Rivera testified that he was a co-owner of the plantation 'Merced;' that there were two lanes on said plantation called Manfredo and Don Lino, respectively, which were opened by his father, and in the year 1876 the witness found them open, and in the year 1886, when the estate was alienated, they were in the same condition; that the plantation 'Reunión' continued to make use of them; that he had not gone there for six or eight years, and is unable to state whether the plantation 'Reunión' can make use of said lanes; that the same serve as a boundary to both plantations; that one-half of a lane belongs to one plantation and the other half to the other, and that while he was a co-owner of the estate 'Merced' both plantations made use of said lanes.

"Among the witnesses Francisco Sauter, Gregorio Rivera, Emilio Sabater and Francisco Sabater, produced by the defendant, the first testified that he had worked on the 'Reunión' and 'Merced' plantations, and is familiar with the lanes called Manfredo and Don Lino; that the plantation 'Reunión' did not use the Don Lino lane, and removed its products through the lane in the center; that in the Don Lino lane there is a fence and that there are no holes in the Manfredo lane; that he was present at a conversation had between Cividanes and Esteva with reference to dividing the lanes, and that they did so in the month of May; and that thereafter Manuel Cividanes planted the cane without objection on the part of the owners of the plantation 'Reunión.' The witness Gregorio Rivera declared that he had worked on the plantations 'Reunion' and 'Merced,' and that he is familiar with the Manfredo and Don Lino lanes; that the same have been used by both estates for cartage purposes; that he knows of his own knowledge that Manuel Cividanes and Antonio Esteva agreed to fence in the lanes; that Cividanes agreed to put up a fence at his own expense; and that the agreement was made on the 1st of March or April on the patch of cane known as 'Jueyes.' The witness Emilio Sabater stated that he is familiar with the Manfredo and Don Lino lanes which are now divided; that said division was made by Amorós, and that each litigant has his part; that he was present at an agreement made between Cividanes and Antonio Esteva, whereby Cividanes obligated himself to fence in the lanes in order to

El testigo Francisco Sabater asegura que conoce los callejones Manfredo y Don Lino por haber trabajado en las haciendas "Reunión" y "Merced;" que el de Don Lino está cercado y la cerca se halla puesta en medio del mismo; que el guarda-ruedas ha sido arrancado; que la cerca se hizo por Francisco Santer y que presenció el convenio que celebraron Cividanes y Don Antonio Esteva, por el cual acordaron dividir el callejón, sin gastos por parte de Esteva, y que dicho convenio tuvo lugar en la pieza nombrada de los Jueyes y lo presenció también Francisco Santer.

*Resultando*: que constituído el Tribunal en las haciendas "Merced" y "Reunión" y sitio denominado callejón Manfredo, en el punto que este hace recodo en dirección de Este á Oeste, se observó en dicho recodo un punto de hierro que marca la línea divisoria de ambas haciendas colocado en mitad de un callejón, y otro punto de igual clase al extremo. Este caminando de Oeste á Este y en linea recta entre ambos puntos se observó que á la derecha en terrenos de la hacienda "Merced" en las cañas á una distancia de tres varas de dicha línea, y por el lado izquierdo en terrenos de la "Reunión" hay una zanja bastante profunda á todo el largo de aquél y á distancia de dicha línea de poco más de una vara que vá estrechándose y profundizando hacia el final del callejón, de manera que á su conclusión escasamente lo separa una vara de la línea. Se observó también que la tierra de la zanja ha sido echada á uno y otro lado de ella y por la parte inmediata á la "Merced" produce bastante altura; que la parte izquierda de la zanja está sembrada de cañas de la hacienda "Reunión," y en línea recta entre los puntos divisorios se notaron varios hoyos como para colocar estacones; y constituído el Tribunal en el callejón de Don Lino que corre de Norte á Sur se vió una cerca de alambre y los terrenos contíguos á ella y correspondientes á la hacienda "Merced" sembrados de caña y por el otro lado sin sembrar á una distancia como de tres varas.

Siendo Ponente él Juez Asociado Don Pedro de Aldrey y Montolio.

*Considerando*: que en los interdictos de recobrar la posesion no se discute la propiedad que se tenga ó pretenda tenerse sobre la cosa,

divide them at his own expense; that the fence was made by Sauter, and is located in the middle of the lanes and divides both of them in half. The witness Francisco Sabater asserted that he is familiar with the Manfredo and Don Lino lanes, having worked on the plantations 'Reunion' and 'Merced;' that the Don Lino lane is fenced in, and that the fence is in the middle of the same; that the boundary line has been destroyed; that the fence was made by Francisco Sauter, and that he was present at the agreement entered into between Cividanes and Antonio Esteva whereby they agreed to divide the lane, without cost to Esteva; and that said agreement was made in the patch of cane known as 'Jueyes,' and was also witnessed by Francisco Sauter.

''The court having proceeded to the 'Merced' and 'Reunión' plantations and to the place known as the Manfredo lane, at the point where the same makes a curve from an easterly to a westerly direction, a piece of iron was observed in said curve marking the boundary lines between both plantations and located in the middle of the lane, and another piece of the same kind at the eastern end in traveling from west to east; and in a straight line between both pieces of iron it was observed that, on the right, on the lands of the plantation 'Merced,' in the cane at a distance of three yards from said line, and on the left side of the lands of the plantation 'Reunión,' there is a ditch of considerable depth along the entire extent of the lane, and at a distance of little more than a yard from said line, which becomes narrower and deeper toward the end of the lane, so that, at its termination, it is separated by scarcely a yard from the line. It is also observed that the dirt from the ditch has been thrown on both sides of the same, and at the place next to the 'Merced' plantation it reaches a pretty fair height; that the left side of the ditch is planted to cane of the plantation 'Reunión,' and that in a straight line between the dividing points a number of holes were noticed as if dug there to set up stakes. The court having thereupon repaired to the Don Lino lane, which runs from north to south, a wire fence was observed and the lands contiguous thereto, belonging to the plantation 'Merced' and sown to cane, as well as the unplanted lands on the other side for a a distance of about three yards.

''The opinion of the court was prepared and delivered by Mr. Justice Pedro de Aldrey y Montollo, as follows:

''In summary proceedings to recover the possession of property, the question of title or pretended title in the subject-matter is not

sino únicamente si el que reclama estaba ó nó en la posesión de ella y que ha sido inquietado ó perturbado en su disfrute ó despojado de ella de tal modo que, siendo ciertos dichos extremos, é interponiéndose la reclamación de interdicto antes de transcurrir un año del acto que la dió motivo, ha de reponerse al despojado en la posesión ó tenencia que disfrutaba, sin que dicha resolución que se ha de dictar sin perjuicio de tercero, resuelva derecho de propiedad cuya discusión sería objeto de otro juicio y no del interdicto que es sumario.

*Considerando* : que por virtud de lo expuesto para la sentencia que haya de dictarse en este juicio no puede tenerse en cuenta la prueba que se practicó sobre la exitencia de un contrato verbal por virtud del que se pretende que ambos colindantes convinieron en dividir el callejón de Don Lino que separa sus predios, sobre cuyo callejón versó también el interdicto establecido por los Señores Amorós Hermanos, toda vez que la ley no permite apreciarla.

*Considerando* : que habiendo justificado el actor con prueba testifical que estaba en posesión del callejón llamado de Don Lino, y además porque el demandado no niega que aquél haya tenido ese disfrute que hoy le niega por virtud de un contrato que dice medió entre ellos, apareciendo además de la inspección ocular que dicho callejón en la mitad correspondiente á la hacienda que administra Don Manuel Cividanes está sembrado de cañas, sin que lo esté en la otra mitad, es procedente en cuanto á él declarar con lugar el interdicto de recobrar la posesión establecido por los Señores Amorós Hermanos.

*Considerando* : que aún cuando el actor adujo prueba testifical para comprobar que también se hallaba en el disfrute del callejón medianero, que hace codo con el de Manfredo y es continuación de él, cuando por Don Manuel Cividanes se quiso cercarlos en la línea media del mismo, es lo cierto que con la inspección ocular que practicó el Tribunal se comprueba de una manera plena que el referido codo del callejón Manfredo no podían disfrutarlo los Señores Amorós Hermanos por tener hecha á lo largo del mismo y en la mitad que corresponde á sus tierras una zanja bastante profunda que imposibilita el paso de carros, sin que por la otra mitad correspondiente á la hacienda del Señor Cividanes que no está arada ni sembrada queda es-

involved, but only the question whether the person who claims the property was or was not in possession of the same and has been disturbed or molested in its enjoyment or dispossessed therefrom, so that these matters being true, and the summary proceedings being instituted before the expiration of one year from the act which gave rise thereto, the person ousted must be restored to the possession or estate which he has been enjoying; and the decision, which must be rendered without prejudice to third persons, does not determine any right of property, the litigation of which must be the subject of a separate action, and not of a proceeding which is in its nature summary.

"In view of the foregoing statements, it is not possible, in the judgment to be rendered in this case, to take into consideration the evidence submitted with reference to the existence of a verbal contract by virtue of which it is contended that both abutting proprietors agreed to divide the Don Lino lane separating their estates, which lane was also involved in the summary proceedings instituted by Messrs. Amorós Hermanos, inasmuch as the law does not permit said evidence to be considered.

"Plaintiff having established by the testimony of witnesses that he was in possession of the Don Lino lane, and the defendant, moreover, not having denied that the former enjoyed the possession which he now denies on the strength of a contract claimed to have been made between them, and it further appearing from a view of the premises that the one-half of said lane which belongs to the plantation managed by Manuel Cividanes is planted to sugar-cane, and that the other half is not so planted, it is proper, so far as said defendant is concerned, to sustain the summary proceedings for the recovery of possession instituted by Messrs. Amorós Hermanos.

"Although plaintiff adduced testimony to show that he was also in the enjoyment of the lane dividing the estate, which forms an angle with the Manfredo lane and was a continuation thereof, at the time Manuel Cividanes attempted to fence them in as the middle line of the said lane, the fact is that from the view made of the premises by the court it is conclusively proved that the said angle of the Manfredo lane could not have been enjoyed by Messrs. Amorós Hermanos, since they had all along the same, and in the one-half pertaining to their lands, a ditch of considerable depth which prevented the passage of wagons, and on the other half belonging to the plantation of Cividanes which is not ploughed or planted there is no suffi-

pacio suficiente para el tránsito de vehiculos; y por tanto no habiéndose justificado la posesión debe ser declarado sin lugar el interdicto en cuanto al mismo.

*Considerando*: que estando acumulados los interdictos que se resuelven por una sola sentencia y rechazadose en parte la petición del actor, debe aquélla dictarse sin especial condena de costas.

Vistos los artículos 1649, 1650, 1651, 1654 y 1656 de la Ley de Enjuiciamiento Civil y la Orden General Número 118 de 1899;

*Fallamos*: que debemos declarar y declaramos con lugar y sin perjuicio de tercero la demanda de interdicto de recobrar la posesión del callejón llamado de Don Lino establecido por los Señores Amoros hermanos dueños, de la finca llamada "Reunión" contra Don Manuel Cividanes como administrador de la hacienda "Merced," manteniéndose á los demandantes en su posesión y requiriéndose al perturbador para que en lo sucesivo se abstenga de cometer tales actos ú otros que manifiesten el mismo propósito, bajo los apercibimientos de lo que corresponda con arreglo a derecho; y repongase á los demandantes en la posesión, quedando el despojante asimismo condenado al pago de los daños y perjuicios y devolución de los frutos que hubiere percibido; y debemos declarar y declaramos sin lugar el interdicto en cuanto al codo del callejón llamado Manfredo que también divide ambas haciendas, sin especial condena de costas, reservando á las partes el derecho que puedan tener sobre la propiedad ó sobre la posesion definitiva que podrán utilizar en el juicio correspondiente. Así lo pronunciamos, mandamos y firmamos. Juan F. Vías, Pedro de Aldrey, Ricardo la Costa."

*Resultando*: que contra la anterior sentencia interpuso Don Manuel Cividanes recurso de casación por infracción de ley y elevados los autos á esta Corte Suprema se sustanció el recurso como de apelación, cumpliendo con la ley de la Asamblea Legislativa de 12 de Marzo de 1903.

*Resultando*: que el apelante evacuó el trámite de instrucción que se le confirió y al cumplir con igual trámite la parte apelada, utilizando el beneficio del artículo 856 de la Ley de Enjuiciamiento Civil, devolvió los autos adhiriéndose á la apelación establecida por la parte contraria por creer perju-

cient remaining space to permit the transit of vehicles. Possession not having been shown, therefore, the summary proceedings with reference to said lane should be dismissed.

"The consolidated summary proceedings being disposed of in one judgment, and the plaintiff's petition being in part rejected, said judgment should be rendered without any special imposition of costs.

"Having examined articles 1649, 1650, 1651, 1654 and 1656 of the Law of Civil Procedure, and General Order No. 118 of 1899, we adjudge that we ought to declare and do declare, without prejudice to the rights of third persons, that the summary proceedings to recover the possession of the lane known as Don Lino, instituted by Messrs. Amorós Hermanos, the owners of the estate known as 'Reunión,' against Manuel Cividanes, as manager of the plantation 'Merced,' were properly brought, the plaintiffs to be maintained in their possession and the trespasser being warned to refrain from committing such acts or other acts revealing the same design in the future, under such admonition as may be according to law; and that the plaintiffs be reinstated in the possession thereof, and the defendant being likewise adjudged to the payment of losses and damages and the return of the fruits which he may have received. We also adjudge that we should declare and do declare that the summary proceedings affecting the angle of the Manfredo lane, which also divides both estates, are dismissed without special imposition of costs, reserving to the parties such rights as they may have in the final ownership or possession of the property, which they may assert in the appropriate proceedings. Thus do we pronounce, order and sign. Juan F. Vías, Pedro de Aldrey, Ricardo la Costa."

From the foregoing judgment Manuel Cividanes prosecuted an appeal in cassation for error of law, and the record having been sent up to this court, the case was dealt with as one of ordinary appeal, in compliance with the act of the Legislative Assembly of March 12, 1903.

The appellant duly returned the record which had been submitted to him for examination, and the respondents, upon complying with the same formality, returned the record and united in the appeal taken by the adverse party, in the exercise of the right granted by article 856 of the Law of Civil

dicial la sentencia dictada en cuanto declaró sin lugar la restitución de uno de los callejones y no impuso especial condenación de costas al despojante.

*Resultando*: que se señaló día para la vista y en dicho acto los letrados representantes de las partes alegaron cuanto estimaron conveniente á la defensa de sus respectivas pretensiones.

Abogado del apelante: *Señor Rossy (Manuel F.).*

Abogados de los apelados: *Señores Zavaletas y Ramos (Juan R.).*

El Juez Asociado Sr. Figueras, después de exponer los hechos anteriores, emitió la opinión del Tribunal.

*Aceptando* los fundamentos de hecho y de derecho de la sentencia recurrida; y

*Considerando* lo dispuesto en la regla 63 de la Orden General No. 118 serie de 1899; vistas las disposiciones legales citadas en la sentencia recurrida.

*Fallamos*: que debemos confirmar y confirmamos la sentencia que en estos autos dictó la Corte de Humacao en veinte y tres de Agosto de mil novecientos, sin hacer expresa condenación de las costas del recurso y devuélvanse los antecedentes á la Corte de dicho Distrito con la certificación correspondiente para los efectos que procedan.

Jueces concurrentes: Señores Presidente Quiñones y Asociados Hernández, Sulzbacher y MacLeary.

---

Ex Parte Loubriel.

Apelación procedente de la Corte de Distrito de San Juan.

No. 115.—Resuelto en Abril 7, 1904.

Dominio—Posesion para Adquirirlo—Buena Fe—Justo Titulo—Prescripción Ordinaria.—La posesión quieta y pacífica, por veinte años, no es suficiente por si sola, para adquirir, por la prescripción ordinaria, el dominio

Procedure, on the ground that they were injuriously affected by the judgment rendered in so far as it denied the restitution of one of the lanes and failed to specially impose costs upon the dispossessor.

A day was set for the hearing of the cause, at which the counsel for the parties submitted such matters as were deemed conducive to the establishment of their respective contentions.

*Mr. Rossy (Manuel F.)*, for appellant.

*Messrs. Zavaleta* and *Ramos (Juan R.)*, for respondents.

MR. JUSTICE FIGUERAS, after stating the foregoing facts, delivered the opinion of the court.

The findings of fact and conclusions of law set forth in the judgment appealed from are accepted.

In view of rule 63 of General Order No. 118, series of 1899, and the legal provisions cited in the judgment appealed from, we adjudge that we should affirm and do affirm the judgment rendered in the case at bar by the Humacao court on August 23, 1900, without making any special imposition of the costs on appeal. The record is ordered to be returned to the district court with the proper certificate, for such action as may be meet in the premises.

Chief Justices Quiñones and Justices Hernández, Sulzbacher and MacLeary concurred.